NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNIE H. BEASLEY, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7029

---

Appeal from the United States Court of Appeals for Veterans Claims in 11-1931, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

The Secretary moves for a 28-day extension of time, until July 26, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Nelson R. Richards, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2012

JAN HORBALY
CLERK